File Hashes for IP Address 76.29.37.247

**ISP:** Comcast Cable
**Physical Location:** Chicago, IL

| Hit Date UTC | File Hash | Title |
|---|---|---|
| 04/14/2013 15:25:32 | 26F2062A14D00E64BF626DCC5BB18029D03C38DA | Pretty Babies |
| 04/14/2013 15:02:59 | DB00FD3FF50CECFEA87DD643B2F41C39CAA235D4 | Featherlight |
| 04/01/2013 12:11:44 | 36DB7D2F155C52CC554EDCAD080131775311C445 | Enchanting Real Orgasms |
| 03/31/2013 19:29:25 | E9888EFD9A8CD2B243FF9F4F7428FF0310049484 | Afternoon Snack |
| 03/31/2013 18:17:50 | 719003480195D480A9A68C648484C684E49D5A80 | Late for Work |
| 03/08/2013 03:37:05 | 5CD20FA4A34CE40E898CEEC6137FE7AE3E2ED6BC | Inside Perfection |
| 03/08/2013 03:35:18 | 80B15AB4C27186BF599940820D080538EED04185 | Mad Passion |
| 03/08/2013 01:27:19 | 085826AF1E91AC977CBB094888698F5A1224823E | Ready for Bed |
| 03/07/2013 05:01:11 | 7F7E95C9487CE032751995CC58A23CC7E0B50BEF | Tuesday Morning |
| 02/23/2013 16:58:42 | D30509EB71835F47A88750CE988D9E4B97D6D036 | Positively In Love |
| 02/23/2013 16:48:53 | 79E29AB78CF4167266F1A7C9D356C032803768D0 | Working Out Together |
| 02/23/2013 16:31:18 | 78947B46C5390B97124EF24F79AEFC4AABAB2975 | A Little Rain Must Fall |
| 02/23/2013 16:24:41 | 71EF923E84BD33B9D86E6422547CABE35D70B1A0 | Sacred Romance |
| 02/23/2013 05:10:22 | F2F5A22A9C90FFD10E6E08D5690E9EAB531F0C8E | Apartment in Madrid |
| 01/15/2013 00:48:20 | 73748ADDA7E479CDA2B9F1297ADFB6B3CFCB1FA6 | Warm Inside |
| 01/15/2013 00:47:51 | 32FB591C8CC88500B7526CF57E8F5071DD3D3286 | Spur of the Moment |
| 12/07/2012 02:59:24 | 5C3FC116D6D9E8449C2539686B921642722608D5 | Heart and Soul |
| 12/07/2012 02:58:59 | 582A5ABC1C30E9CD5D1699EC7DC9D4127A9BD1CF | The Ultimate Blowjob |
| 11/29/2012 02:01:28 | E4C763BF141EE39387DE32A11E67FD4671BC9D21 | Leila Last Night |
| 11/29/2012 01:54:50 | 6BA13E2361A3570383D1D799F8BE141A324665F4 | Backdoor Lover |
| 11/26/2012 02:09:33 | 0F1A1A7574309BBAD07F357DCA1ECD9AB6CAA505 | Tarde Espanola |
| 11/26/2012 02:07:33 | 1DE0FA5F65D48F7864F0C9F56AC1A6F26C70DBC4 | Formidable Beauty |
| 11/13/2012 01:11:49 | A679AAE33A124F4437C2FD57A2354F6C1E94CD37 | Soul Mates |

EXHIBIT A

NIL93

| Hit Date UTC | File Hash | Title |
|---|---|---|
| 11/08/2012 17:59:15 | F5F9ADA136D58CF67A02A1E2A8D89D3ED8F86703 | Stay With Me |
| 11/08/2012 17:58:23 | 12C550B6A8F927D0D4576FB3368103AB64FA6683 | Sunday Afternoon |
| 11/07/2012 20:03:02 | F0AFDBC7DD17E26F0B9C61F5152655F428C05D55 | Still With Me |
| 10/04/2012 02:02:25 | EC3B64720F386F52A7C2BA4E11D220D819E46E1A | Black Lingerie Bliss |
| 08/31/2012 01:47:30 | 79A5C92B41677C1E31910BFF5F72AAC01258B0EA | Unbelievably Beautiful |
| 08/31/2012 00:04:16 | 780DF38C30647D65D3723D782F02A9BD70ADE51B | Starting Over |
| 08/14/2012 21:51:07 | EC74A92D6EA97AB1493A43FDA8C512004ABD659E | Casual Affair |
| 08/14/2012 21:25:57 | AAFEE37510D9741E3C68ED3390011FE7BA4EBA8F | Close to the Edge |
| 08/12/2012 21:30:32 | 81C12A6F3DF2CCF0BEB48CE6B3CA422F5DE2FFC7 | Farewell |

**Total Statutory Claims Against Defendant: 32**

EXHIBIT A

NIL93